Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Shawn R. Obi (SBN: 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
NBTY, INC. AND NATURE'S BOUNTY, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ALVAREZ and COLLEEN LESHER, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation and NATURE'S BOUNTY, INC., a Delaware corporation,<br><br>Defendants. | **Case No. 16CV2090-AJB-WVG**<br>Pleading Type: Class Action<br><br>**DEFENDANTS NBTY, INC. AND NATURE'S BOUNTY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: July 24, 2017<br>Courtroom: 4B, Suite 4145<br>Judge: Hon. Cynthia Bashant<br><br>Action Filed: March 22, 2017<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 24, 2017, or as soon thereafter as the matter may be heard, in Courtroom 4B, Suite 4145, of the above-entitled court, located at 221 West Broadway, San Diego, California, 92101, Defendants NBTY, Inc., and Nature's Bounty, Inc. (together, "Defendants") will and hereby do move the Court to dismiss Plaintiffs Rosa Alvarez and Colleen Lesher's (together, "Plaintiffs") Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure.  This Motion is made on the grounds that Plaintiffs cannot state a claim upon which relief can be granted and lack Article III standing with respect to each of their claims for relief in this action.

This Motion is made following the conference of counsel that took place on May 23, 2017.  This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support of the Motion filed concurrently herewith, the Request for Judicial Notice filed concurrently herewith, and the Proposed Order filed concurrently herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing.

Dated:  May 26, 2017                    WINSTON & STRAWN LLP

                                        By: */s/ Amanda L. Groves*
                                            Amanda L. Groves

                                            Attorneys for Defendants
                                            NBTY, INC. AND NATURE'S BOUNTY, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802