1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA  94111-5802
   Telephone:  (415) 591-1000
4  Facsimile:   (415) 591-1400

5  Shawn R. Obi (SBN: 288088)
   sobi@winston.com
6  WINSTON & STRAWN LLP
   333 S. Grand Avenue
7  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
8  Facsimile:   (213) 615-1750

9  Attorneys for Defendants
   NBTY, INC. AND NATURE'S BOUNTY, INC.

10

11              **UNITED STATES DISTRICT COURT**

12            **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  ROSA ALVAREZ and COLLEEN          | **Case No.  17CV00567-BAS-BGS**
    LESHER, On Behalf of Themselves and | Pleading Type:  Class Action
15  All Others Similarly Situated,

16              Plaintiffs,           | **DEFENDANTS NBTY, INC. AND
                                        NATURE'S BOUNTY, INC.'S NOTICE
17          v.                          OF MOTION AND MOTION TO
                                        DISMISS PLAINTIFFS' COMPLAINT**
18  NBTY, INC., a Delaware corporation
    and NATURE'S BOUNTY, INC., a      | Hearing Date:  July 24, 2017
19  Delaware corporation,             | Courtroom:      4B, Suite 4145
                                        Judge:          Hon.  Cynthia Bashant
20              Defendants.
                                        Action Filed:   March 22, 2017
21
                                        **NO ORAL ARGUMENT UNLESS
22                                       REQUESTED BY THE COURT**

23

24

25

26

27

28

---

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 24, 2017, or as soon thereafter as the matter may be heard, in Courtroom 4B, Suite 4145, of the above-entitled court, located at 221 West Broadway, San Diego, California, 92101, Defendants NBTY, Inc., and Nature's Bounty, Inc. (together, "Defendants") will and hereby do move the Court to dismiss Plaintiffs Rosa Alvarez and Colleen Lesher's (together, "Plaintiffs") Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure.  This Motion is made on the grounds that Plaintiffs cannot state a claim upon which relief can be granted and lack Article III standing with respect to each of their claims for relief in this action.

This Motion is made following the conference of counsel that took place on May 23, 2017.  This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support of the Motion filed concurrently herewith, the Request for Judicial Notice filed concurrently herewith, and the Proposed Order filed concurrently herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing.

Dated:  May 26, 2017                    WINSTON & STRAWN LLP


By: */s/ Amanda L. Groves*
     Amanda L. Groves

     Attorneys for Defendants
     NBTY, INC. AND NATURE'S BOUNTY, INC.

1