1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  PATRICIA N. SYVERSON (CA SBN 203111)
   600 W. Broadway, Suite 900
3  San Diego, CA 92101f
   psyverson@bffb.com
4  Telephone: (619) 798-4593

5  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
6  ELAINE A. RYAN (*Admitted Pro Hac Vice*)
   CARRIE A. LALIBERTE (*Admitted Pro Hac Vice*)
7  2325 E. Camelback Rd. Suite 300
   Phoenix, AZ 85016
8  eryan@bffb.com
   claliberte@bffb.com
9  Telephone: (602) 274-1100

10 *Attorneys for Plaintiff*
   ROSA ALVAREZ
11
   Amanda L. Groves (SBN: 187216)
12 agroves@winston.com
   Shawn R. Obi (SBN: 288088)
13 sobi@winston.com
   Winston & Strawn LLP
14 333 S. Grand Avenue
   Los Angeles, CA 90071-1543
15 Telephone:  (213) 615-1700
   Facsimile:   (213) 615-1750
16
   Attorneys for Defendants
17 NBTY, INC. AND NATURE'S BOUNTY, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ALVAREZ, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation and NATURE'S BOUNTY, INC., a Delaware corporation,<br><br>Defendants. | **Case No.  17CV00567-BAS-BGS**<br>Pleading Type:  Class Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF ALVAREZ**<br><br>Action Filed:    March 22, 2017 |

1  Plaintiff Rosa Alvarez hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is **with prejudice** as to Plaintiff and **without prejudice** as to the putative class. No class has been certified in this action, and, therefore, no classwide notice to the putative class members is required under Federal Rule of Civil Procedure 23(e).

Dated: February 11, 2021

Respectfully submitted,

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: */s/ Patricia N. Syverson*
    Patricia N. Syverson
    Elaine A. Ryan
    Carrie A. Laliberte

WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
    Amanda L. Groves
    Shawn R. Obi
    Attorneys for Defendants
    NBTY, INC. AND NATURE'S BOUNTY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I certify that all participants and counsel of record in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  February 11, 2021.

                                          *s/ Patricia N. Syverson*
                                          Patricia N. Syverson